UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| RAMIL CHARLES, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-cv-548-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **ORDER** |
| MIKE LEWIS, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Respondents' Status Report. [R. 9]. The Court previously ordered Respondents to provide Petitioner with a bond hearing before an Immigration Judge. [R. 7]. The Respondents now advise that Petitioner has been provided a bond hearing, and bond was denied because Petitioner was found to be both dangerous and a flight risk. [R. 9]; [R. 9-1]. The Court therefore concludes that Petitioner has been provided the process due under the Immigration Nationality Act and the Fifth Amendment's Due Process Clause. To the extent Petitioner disagrees with the Immigration Judge's discretionary bond decision, the Court lacks jurisdiction to consider that issue under 8 U.S.C. § 1226(e). *See Nielsen v. Preap*, 586 U.S. 392, 401 (2019).

Accordingly, the Court being sufficiently advised, it is **HEREBY ORDERED** as follows:

1. Petitioner's Petition for Writ of Habeas Corpus, [**R. 1**], is **DENIED as moot**.
2. This matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.
3. A separate judgment shall be entered.

This the 25th day of August, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY